IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bangs, Mintie Suzanne | Case Number: 06 B 15873 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 12/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 25, 2008
Confirmed: April 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,625.00 | |
| Secured: | | 7,227.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,878.00 |
| Trustee Fee: | | 519.75 |
| Other Funds: | | 0.00 |
| Totals: | 9,625.00 | 9,625.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 1,878.00 | 1,878.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Lighthouse Financial Group | Secured | 3,671.74 | 646.00 |
| 4. | Option One Mortgage Corp | Secured | 43,877.87 | 6,581.25 |
| 5. | Lighthouse Financial Group | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 849.59 | 0.00 |
| 7. | Nordstrom | Unsecured | 1,750.91 | 0.00 |
| 8. | National Capital Management | Unsecured | 1,095.14 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 63.73 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,607.52 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 6,510.47 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 1,003.76 | 0.00 |
| 13. | Jefferson Capital | Unsecured | 646.78 | 0.00 |
| 14. | National Capital Management | Unsecured | 831.71 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | GEMB | Unsecured | | No Claim Filed |
| 22. | Chase | Unsecured | | No Claim Filed |
| 23. | Citi Cards | Unsecured | | No Claim Filed |
| 24. | FCNB Processing Center | Unsecured | | No Claim Filed |
| 25. | GEMB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bangs, Mintie Suzanne | Case Number: 06 B 15873 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 12/2/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | Harris & Harris | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. | Mellon Bank NA | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 35. | AAC | Unsecured | | No Claim Filed |
| 36. | Spiegel | Unsecured | | No Claim Filed |
| 37. | Thd/Cbsd | Unsecured | | No Claim Filed |

                              _____         _____
                              $ 63,787.22         $ 9,105.25

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 519.75 |

                    _____
                    $ 519.75

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

